JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R.,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN J. O'MALLEY,<br><br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-08762-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is **AFFIRMED**, and this case is **DISMISSED**, without prejudice, consistent with this Court's Opinion and Order.

DATED: 11/7/2024

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge